IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RICHARD KECK,** | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| **PPL, INC.,** | : | No. 02-4071 |
| Defendant. | : | |

## ORDER

**AND NOW**, this      day of **October**, **2002**, following a conference with counsel for the parties, it is hereby **ORDERED** that:

By agreement of counsel, Plaintiff's claim under the Family and Medical Leave Act (Count II of Plaintiff's Complaint) is **DISMISSED**.

**BY THE COURT:**

_____
**Berle M. Schiller, J.**