**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF PENNSYLVANIA

**Berle M. Schiller**     5614 United States Courthouse
JUDGE     Independence Mall West
     Philadelphia, Pennsylvania 19106

     267-299-7620

March 10, 2003

Re:  ***Richard Keck v. PPL, Inc.***
     **Docket No. 02-cv-4071**

Dear Counsel:

Judge Schiller has scheduled the above-referenced case for a **Rule 16 conference** for **Monday, March 24, 2003 at 8:30 A.M.** in his chambers, **Room 5614**.

Counsel are directed to obtain copies of Judge Schiller's "Scheduling Policy Statement" and "Conference Information Report" from the Court's website at http:www.paed.uscourts.gov. You should review the Scheduling Policy Statement before completing the Conference Information Report. Please bring the completed Conference Information Report with you to the Rule 16 Conference.

At the close of the conference, you will receive an Order from Judge Schiller that will list firm dates for the completion of discovery, other pretrial submissions and trial that will be set at the conference

     Very truly yours,

     Patricia A. Callahan
     Deputy Clerk to
     Hon. Berle M. Schiller
     (267)299-7621