IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RICHARD KECK, | : | |
|     Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| PPL, INC., | : | No. 02-4071 |
|     Defendant. | : | |

## ORDER

**AND NOW**, this     day of **March, 2003**, following a Rule 16 conference with counsel for the parties, and pursuant to Federal Rule of Civil Procedure 16 and Local Rule of Civil Procedure 16.1(b), it is hereby **ORDERED** that:

1. The parties shall file cross-motions for summary judgment by **April 24, 2003.**

2. The parties shall file responses to the cross-motions for summary judgment by **May 8, 2003**.

3. After the filing of the responses to the cross-motions for summary judgment, the Court will schedule oral argument on the parties' cross-motions.

BY THE COURT:

_____
**Berle M. Schiller, J.**