IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICHARD KECK,  :<br><br>Plaintiff,  :<br><br>v.  :<br><br>PPL ELECTRIC UTILITIES CORPORATION,  :<br><br>Defendant.  : | CIV. A. NO. 02-CV-4071 |

## ORDER

AND NOW, this _____ day of _____, 2003, upon consideration of Defendant PPL Electric Utility Corporation's Motion for Summary Judgment, and any response thereto, **IT IS HEREBY ORDERED** that Defendant's Motion is **GRANTED**, and that Judgment is entered in favor of Defendant with respect to Plaintiff's Complaint.

_____
Schiller, J.