UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

**Berle M. Schiller**
JUDGE

5614 United States Courthouse
Independence Mall West
Philadelphia, Pennsylvania 19106

267-299-7620

June 23, 2003

## NOTICE OF ORAL ARGUMENT

Re:  *Richard Keck v. PPL, Inc.*
**Docket No. 02-CV-4071**

Dear Counsel:

Please be advised that **Oral Argument** regarding cross motions for summary judgment in the above-referenced matter has been scheduled by the Honorable Berle M. Schiller for **Tuesday, July 1, 2003 at 8:30 A.M. in Courtroom 5C,** U.S. Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

Very truly yours,

Patricia A. Callahan
(267) 299-7621
Deputy Clerk to
Hon. Berle M. Schiller