IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RICHARD KECK

        02-4071
        District Court Docket Number

vs.

PPL ELECTRIC UTILITIES, INC.

Notice of Appeal Filed <u>esr</u>
Court Reporter(s)/ESR Operator(s)

Filing Fee:
    Notice of Appeal <u>x</u> Paid __Not Paid    __Seaman
    Docket Fee     <u>X</u> Paid __Not Paid    __USA/VI

CJA Appointment (Attach Copy of Order)

__Private Attorney
__Defender Association or Federal Public Defender
__Motion Pending

Leave to Proceed <u>In Forma Pauperis</u> status, if applicable: (Attach copy of the Order)

__Motion Granted
__Motion Denied
__Motion pending before district judge

Certificate of probable cause (state habeas corpus): (Attach copy of the Order)

__Granted
__Denied
__Pending

Defendant's Address (for criminal appeals)

Prepared by :_____
      Patricia Horning 8/8/03
      Deputy Clerk Signature/Date

PLEASE APPEND TO THE NOTICE OF APPEAL AND FORWARD TO
THE OFFICE OF THE CLERK, U.S. COURT OF APPEALS

notapp.frm