IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**RICHARD KECK**              :         **CIVIL ACTION**
                              :
       **v.**                 :
**PPL, INC.**                 :         **NO. 02-4071**

## JUDGMENT

     **AND NOW**, this            day of ,                2006, judgment is hereby entered in favor of defendant PPL, Inc. and against plaintiff Richard Keck in the amount of $2,634.82.


                                                                   S/ Michael E. Kunz
                                                         **MICHAEL E. KUNZ**
                                                          **CLERK OF COURT**